

Shellpoint Mortgage Servicing
P.O. Box 9103
Temecula, CA 92589-9103

**9314 7100 1170 1211 3829 36**

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

**RETURN RECEIPT REQUESTED**

Send Payments to:
Shellpoint Mortgage Servicing
P.O. Box 60535
City of Industry, CA 91716-0535

ROGER J GAGNON JR.
295 HARRIS HILL RD
POLAND, ME 04274-6551

Send Correspondence to:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603







**EXHIBIT**

**G**

# shellpoint

P.O. Box 10826
Greenville, SC 29603
**Phone:** 800-365-7107
**Fax:** 866-467-1137
www.shellpointmtg.com

Sent Via Certified Mail™ with Return Receipt
9314 7100 1170 1211 3829 36

09/09/2025
ROGER J GAGNON JR.
295 HARRIS HILL RD
POLAND, ME 04274-6551

Loan Number:
Property Address:   295 HARRIS HILL RD
                    POLAND, ME 04274

## NOTICE OF RIGHT TO CURE

Dear ROGER J GAGNON JR.:

You are hereby provided formal notice by Shellpoint Mortgage Servicing, the Servicer of the above-referenced loan acting on behalf of Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 ("Lender"), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 10/21/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Shellpoint Mortgage Servicing may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Shellpoint Mortgage Servicing or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $8,398.19, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2025 |
| Total Monthly Payments Due: | | $5,717.12 |
| Delinquent Payment | 06/01/2025 | $1,429.28 |
| Delinquent Payment | 07/01/2025 | $1,429.28 |
| Delinquent Payment | 08/01/2025 | $1,429.28 |
| Delinquent Payment | 09/01/2025 | $1,429.28 |
| Late Charges: | | $232.70 |
| Corporate Advance Balance: | | $2,513.43 |
| Unapplied Balance: | | ($65.06) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$8,398.19** |

ME_RTC    Rev. 05/2025
Page 1 of 4

9314 7100 1170 1211 3829 36



You can cure this default by making a payment of $8,398.19 by 10/21/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. If you make a payment of $8,398.19 by 10/21/2025, you will be restored to all rights under the Security Instrument as though the default had not occurred. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments but are not required to cure the default. Please include your loan number and property address with your payment and send to:

Shellpoint Mortgage Servicing
P.O. Box 60535
City of Industry, CA 91716-0535

Overnight:
Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If immediate payment in full is required, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective if you meet the following conditions: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the property and rights under the Security Instrument; and 4) do whatever Lender reasonably requires to assure that Lender's interest in the property, Lender's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Shellpoint Mortgage Servicing or a counseling agency approved by the United States Department of Housing and Urban Development. A list of approved counseling agencies is included with this letter.

You may contact the following persons with authority to modify your mortgage loan:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
(866) 825-2174, ext. 6730

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Shellpoint Mortgage Servicing.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Shellpoint Mortgage Servicing immediately. When contacting Shellpoint Mortgage Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Kevin Lamb toll-free at (866) 825-2174, ext. 6730 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
800-365-7107



ME_RTC    Rev. 05/2025
Page 3 of 4

9314 7100 1170 1211 3829 36

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7777<br>T: 800-339-6516<br>F:<br>E: N/A<br>W: https://www.avestahousing.org/ | 307 Cumberland Ave<br>Portland, ME 04101-4920 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: http://www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, ME 04011-1519 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, ME 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: http://www.kvcap.org | 101 Water St<br>Waterville, ME 04901-6339 |
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: support@empowORbycsst.com<br>W: http://www.penquis.org | 262 Harlow St<br>Bangor, ME 04401-4952 |
| WALDO COMMUNITY ACTION PARTNERS | P: 207-338-6809-1010<br>T:<br>F:<br>E: htays@waldocap.org<br>W: https://waldocap.org/ | 9 Field St<br>Belfast, ME 04915-6661 |

https://data.hud.gov/housing_counseling.html                                    VCP106



9314 7100 1170 1211 3829 36



*2403883704*

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Shellpoint Mortgage Servicing
P.O. Box 9103
Temecula, CA 92589-9103

Send Payments to:
Shellpoint Mortgage Servicing
P.O. Box 60535
City of Industry, CA 91716-0535

Send Correspondence to:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

ROGER J GAGNON JR.
295 HARRIS HILL RD
POLAND, ME 04274-6551



# shellpoint

P.O. Box 10826
Greenville, SC 29603
**Phone:** 800-365-7107
**Fax:** 866-467-1137
www.shellpointmtg.com

Sent Via Certificate of Mailing

09/09/2025
ROGER J GAGNON JR.
295 HARRIS HILL RD
POLAND, ME 04274-6551

Loan Number:
Property Address:    295 HARRIS HILL RD
                     POLAND, ME 04274

## NOTICE OF RIGHT TO CURE

Dear ROGER J GAGNON JR.:

You are hereby provided formal notice by Shellpoint Mortgage Servicing, the Servicer of the above-referenced loan acting on behalf of Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 ("Lender"), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 10/21/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Shellpoint Mortgage Servicing may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Shellpoint Mortgage Servicing or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $8,398.19, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2025 |
| Total Monthly Payments Due: | | $5,717.12 |
|     Delinquent Payment | 06/01/2025 | $1,429.28 |
|     Delinquent Payment | 07/01/2025 | $1,429.28 |
|     Delinquent Payment | 08/01/2025 | $1,429.28 |
|     Delinquent Payment | 09/01/2025 | $1,429.28 |
| Late Charges: | | $232.70 |
| Corporate Advance Balance: | | $2,513.43 |
| Unapplied Balance: | | ($65.06) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:**                                    **$8,398.19**



ME_RTC      Rev. 05/2025
Page 1 of 4

2403883704

You can cure this default by making a payment of $8,398.19 by 10/21/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. If you make a payment of $8,398.19 by 10/21/2025, you will be restored to all rights under the Security Instrument as though the default had not occurred. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments but are not required to cure the default. Please include your loan number and property address with your payment and send to:

> Shellpoint Mortgage Servicing
> P.O. Box 60535
> City of Industry, CA 91716-0535

> Overnight:
> Shellpoint Mortgage Servicing
> 75 Beattie Place
> Suite LL202
> Greenville, SC 29601

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If immediate payment in full is required, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective if you meet the following conditions: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the property and rights under the Security Instrument; and 4) do whatever Lender reasonably requires to assure that Lender's interest in the property, Lender's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Shellpoint Mortgage Servicing or a counseling agency approved by the United States Department of Housing and Urban Development. A list of approved counseling agencies is included with this letter.

You may contact the following persons with authority to modify your mortgage loan:

ME_RTC       Rev. 05/2025
Page 2 of 4                                                                              2403883704

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
(866) 825-2174, ext. 6730

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Shellpoint Mortgage Servicing.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Shellpoint Mortgage Servicing immediately. When contacting Shellpoint Mortgage Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Kevin Lamb toll-free at (866) 825-2174, ext. 6730 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
800-365-7107



2403883704

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number; Email, Website | Address |
|---|---|---|
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7777<br>T: 800-339-6516<br>F:<br>E: N/A<br>W: https://www.avestahousing.org/ | 307 Cumberland Ave<br>Portland, ME 04101-4920 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: http://www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, ME 04011-1619 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, ME 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: http://www.kvcap.org | 101 Water St<br>Waterville, ME 04901-6339 |
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: support@empowORbycast.com<br>W: http://www.penquis.org | 262 Harlow St<br>Bangor, ME 04401-4952 |
| WALDO COMMUNITY ACTION PARTNERS | P: 207-338-6809-1010<br>T:<br>F:<br>E: htays@waldocap.org<br>W: https://waldocap.org/ | 9 Field St<br>Belfast, ME 04915-6661 |

https://data.hud.gov/housing_counseling.html

VCP106



2403883704-001-003-23

2403883704

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

# 9314710011701211382936

**Copy**          **Add to Informed Delivery
(https://informeddelivery.usps.com/)**

## Latest Update

Your item arrived at our SAN BERNARDINO CA DISTRIBUTION CENTER origin facility on October 29, 2025 at 6:58 am. The item is currently in transit to the destination.

Feedback

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## In Transit from Origin Processing
**Arrived at USPS Regional Origin Facility**

SAN BERNARDINO CA DISTRIBUTION CENTER
October 29, 2025, 6:58 am

**Arrived at USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
October 25, 2025, 7:01 pm

**Arrived at USPS Regional Facility**

SHREWSBURY MA DISTRIBUTION CENTER
October 24, 2025, 6:41 am

**Unclaimed/Being Returned to Sender**

POLAND, ME 04274
October 14, 2025, 12:04 pm

**Reminder to Schedule Redelivery of your item**

September 20, 2025

**Notice Left (No Authorized Recipient Available)**

POLAND, ME 04274
September 15, 2025, 12:24 pm

**In Transit to Next Facility**

September 14, 2025

**Arrived at USPS Regional Destination Facility**

SOUTHERN ME DISTRIBUTION CENTER
September 13, 2025, 11:32 pm

**Pre-Shipment, USPS Awaiting Item**

September 9, 2025

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                ⌄

---

**USPS Tracking Plus®**                                 ⌄

Feedback

---

**Product Information**                                 ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs